UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04     1116 5     CIVIL ACTION NO.

WINTHROP CHAMBERLIN )
AS SHAREHOLDER OF MALABAR )
CORPORATION,     MAGISTRATE JUDGE _____ )
        Plaintiff, )
                                                    )
                                                    )
vs.                                                 )
                                                    )
DANIEL R. ADAMS, INDIVIDUALLY, )
AND WEST WIND FAMILY LIMITED )
PARTNERSHIP, )
        Defendant. )
                                                    )

FILED
IN CLERKS OFFICE

2004 JUN -1 A II: 4 ?

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # _____
AMOUNT $150
SUMMONS ISSUED YES
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## VERIFIED COMPLAINT FOR APPOINTMENT OF RECEIVER AND REQUEST FOR INJUNCTIVE RELIEF

### Introduction

Malabar, Inc., a Massachusetts corporation, has as its sole asset, a classic sailboat by the name of "Tab Baby" in serious disrepair. One shareholder, the Plaintiff, has been paying the majority of expenses relating to the storage, dockage, preservation and maintenance as well as the outstanding mortgages, without contribution from the remaining shareholder, the Defendant. Upon information and belief, the Defendant has limited ability or is refusing to participate in said expenses. The Plaintiff alleges that the only viable solution is to sell the vessel immediately to take advantage of the spring market. The vessel is currently damaged and requires extensive funds to repair, funds unavailable to the corporation. The Defendant has refused or hindered the Plaintiff's attempts to sell the corporation's principal asset for which an offer remains pending. The parties are unable to communicate; therefore, judicial intervention is required.

1

### Jurisdiction

Plaintiff, Winthrop Chamberlin, is a citizen of the State of New York.  Defendant, Daniel R. Adams, is a resident of Massachusetts and the West Wind Limited Partnership is a limited partnership organized under the laws of the Commonwealth of Massachusetts.  Malbar Corporation is a corporation incorporated under the laws of the Commonwealth of Massachusetts.  The matter in controversy exceeds exclusive of interest and costs the sum specified by U.S.C. § 1332.

### Parties

1.      Malabar Corporation ("Malabar") is a Massachusetts corporation in good standing in the Commonwealth of Massachusetts with an address of 407 North Street, Hyannis, MA 02601.

2.      Winthrop Chamberlin is an individual with an address of 421 Hudson Street, New York, NY 10014.  Winthrop Chamberlin is the owner of 50% of the stock of Malabar.

3.      West Wind Family Limited Partnership ("West Wind") is a Massachusetts Limited Partnership with an address of 407 North Street, Hyannis, MA 02601, in good standing with the Secretary of the Commonwealth.

4.      Defendant, Daniel Adams, is an individual with an address of 101 Maple Street, P.O. Box 901, West Barnstable, Massachusetts 02668, and is the alter ego of West Wind.

### Facts

5.      The Plaintiff repeats, realleges and incorporates by reference as if set forth hereto  in their entirety Paragraphs 1 through 4 of this Complaint.

6.    Malabar is the owner of a classic sailboat, Tar Baby, which is currently stored at Pease Boat Works in Chatham, Massachusetts.

7.    Tar Baby partially sank while in the care of the Defendant and is currently damaged considerably with the estimated cost to rebuild the vessel is estimated at $800,000 and $1 million to build a replacement. An Affidavit of Paul C. Haley in support of this cost estimate is attached is herewith as Exhibit "A".

8.    Over the last 3 years, the expenses of maintaining Tar Baby have exceeded the income generated.

9.    Plaintiff has contributed approximately $22,000.00 to pay the monthly mortgage payment amount of $738.00 on a principal amount due of approximately $70,000.00, without contribution from the Defendants. In addition, Plaintiff has paid approximately $172,178.00 for repairs and maintenance from June 3, 2002 to May 14, 2004. In addition, Plaintiff continues to make the monthly payment.

10.    The Plaintiff is unsure whether the Defendant is unwilling or unable to contribute as described above, however he has failed to contribute.

11.    Plaintiff also provided $80,000.00 to purchase Tar Baby through a loan from Hong Kong Shanghi Banking Corporation (HSBC), which is guaranteed by the Plaintiff and secured with $30,500.00 from Plaintiff and $9,500.00 from Defendants.

12.    To date, the Plaintiff has contributed approximately $264,678.00 and the Defendant has contributed substantially less. Upon information and belief, the Defendant has a deficit in its capital account of approximately $110,000.

13.    On or about May 11, 2004, the Defendant West Wind filed a Notice of Claim of Lien in the amount of $60,280.94 against Malabar with the Department of

Homeland Security U.S. Coast Guard.  A copy of said Lien is attached as Exhibit "B".

14.    Said Lien was filed in bad faith by the Defendant in an attempt to cloud the title and to hinder a sale.

15.    Despite numerous attempts to communicate, the parties are unable agree on a course of action and now require judicial intervention.

16.    Plaintiff states that the current value of the vessel "as is" is $50,000, for which there is a ready, willing and able buyer.  See Affidavit of David Jones attached as Exhibit "C".

**Count I**
**(Injunctive Relief)**

17.    The Plaintiff repeats, realleges and incorporates by reference as if set forth hereto in their entirety paragraphs 1 through 16 herein.

18.    Plaintiff requests the Court remove the lien so a sale can occur.

**Count II**
**(Appointment of Receiver)**

19.    The Plaintiff repeats, realleges and incorporates by reference as if set forth hereto in their entirety paragraphs 1 through 18 herein.

20.    The Court has the power to appoint a receiver under its general equity powers.

21.    Plaintiff, a fifty percent owner of Tar Baby has expended substantial sums of money in the ongoing support and maintenance of the vessel, for which under the current arrangement would continue forever.

22.    The vessel is in substantial need of additional repairs and is danger of further damage if left in its current state.

23.    The appointment of a receiver will allow the vessel to be sold without further expense to the Plaintiff and to settle the debts of the corporation.

24.    Plaintiff states that there is a ready, willing and able purchaser for the vessel. Plaintiff states that there are no other equitable remedies available to him.

25.    Plaintiff avers that the facts of the case warrant the necessity for appointment of receiver.

## Count III
## (Breach of Contract)

26.    The Plaintiff repeats, realleges and incorporates by reference as if set forth hereto in their entirety paragraphs 1 through 25 herein.

27.    The Defendants' actions constitute a breach of contract.

28.    The Plaintiff has suffered damages as a result of defendants' breach.

**WHEREFORE**, Plaintiff demands judgment against the Defendants as follows:

a)    That an Order of Notice issue;

b)    That the Court immediately appoint a receiver to take over the affairs of the corporation pursuant the general equity powers of the Court;

c)    Order that the Lien filed by the Defendant be removed so that a sale may occur;

d)    Enter judgment for Plaintiff against Defendants;

e)    Award damages to Plaintiff in an amount as stated above;

f)    Award interest, costs, and attorneys fees to Plaintiff; and

g)    Award such other relief as this court deems just and proper.

Respectfully submitted,
The Plaintiffs,
By their Attorney,

Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 6
Centerville, MA 02632
(508) 771-7444

Dated:  May 28, 2004
H:\Chamberlin, Win\Motion for Appointment of Receiver & Preliminary Injunction.doc

## VERIFICATION

I, Winthrop D. Chamberlin, hereby depose and state as follows:

1.      I am Winthrop D. Chamberlin, the Plaintiff in the above-entitled action.

2.      I have read the Verified Complaint for Appointment of Receiver and
        Request for Injunctive Relief filed herein and, knowing the contents
        thereof, have found that the allegations of fact set forth therein are based
        on my own personal knowledge and are true, except as to those allegations
        based on information and belief which I believe to be true.

                                        Winthrop D. Chamberlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only)  Winthrop Chamberlin v. Daniel R. Adams

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ☐  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        *Also complete AO 120 or AO 121
                                                                                 for patent, trademark or copyright cases

    ☒  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    ☐  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    ☐  V.   150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                        YES ☐      NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                                        YES ☐      NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                        YES ☐      NO ☒

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                        YES ☐      NO ☒

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                        YES ☐      NO ☒

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐      Central Division ☐      Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐      Central Division ☐      Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

                                                        YES ☐      NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Peter M. Daigle, Esquire

ADDRESS  1550 Falmouth Road, Suite 6, Centerville, MA 02632

TELEPHONE NO.  (508) 771-7444

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

    (b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

    (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

WINTHROP CHAMBERLIN AS SHAREHOLDER
OF MALABAR CORPORATION,

**DEFENDANTS**

DANIEL R. ADAMS, INDIVIDUALLY,
AND WEST WIND FAMILY LIMITED
PARTNERSHIP,

**(b)** County of Residence of First Listed Plaintiff    State of New York
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Barnstable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 6
Centerville, MA 02632 (508) 771-7444

Attorneys (If Known)

**II. BASIS OF JURISDICTION**    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  Liability / ☐ 365 Personal Injury— |  of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
|  & Enforcement of |  Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights |  Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |  Liability  Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
|  Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** |  Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
|  (Excl. Veterans) | ☐ 345 Marine Product / ☐ 370 Other Fraud | ☐ 690 Other | |  Exchange |
| ☐ 153 Recovery of Overpayment |  Liability / ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
|  of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) |  12 USC 3410 |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☒ 190 Other Contract |  Product Liability / ☐ 385 Property Damage |  Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate |  & Disclosure Act | **FEDERAL TAX SUITS** |  Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff |  Determination Under Equal Access to |
| ☐ 240 Torts to Land |  Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation |  or Defendant) |  Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc.  26 USC 7609 |  State Statutes |
| | / ☐ 550 Civil Rights |  Security Act | | ☐ 890 Other Statutory Actions |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

| | | | | Transferred from | | Appeal to |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**    (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Request for Equitable Relief/Appointment of Receiver

**VII. REQUESTED IN**    ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $    CHECK YES only if demanded in complaint:
**COMPLAINT:**    UNDER F.R.C.P. 23    JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S)**    (See
**IF ANY**    instructions):    JUDGE                          DOCKET NUMBER

DATE   5.28.04            SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____