UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Winthrop Chamberlin as Shareholder**
**of Malabar Corporation,**

      **Plaintiff**                       CA04-11165-REK

      **v.**

**Daniel R. Adams, Individually, and West Wind Family**
**Ltd. Parternship,**
      **Defendants**

## NOTICE

**PLEASE TAKE NOTICE that this matter has been set for hearing on plaintiff's Request for Injunctive Relief and Appointment of Receiver (docket no. 1, filed on 6/1/04) on Tuesday, June 15, 2004 at 12:00 p.m., before the Honorable Robert E. Keeton in courtroom 3 on the 3rd floor.  The plaintiff is to serve this notice and all filings upon defendant.**

                                             Tony Anastas, Clerk of Courts
                                             /s/ Craig J. Nicewicz

**6/10/2004**
    **Date**                                           **Craig Nicewicz, Deputy Clerk**
                                               **617-748-9158**