AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

WINTHROP CHAMBERLIN AS SHAREHOLDER OF
MALABAR CORPORATION,

V.

DANIEL R. ADAMS, INDIVIDUALLY, AND
WEST WIND FAMILY LIMITED PARTNERSHIP,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11165 REK

TO: (Name and address of Defendant)  West Wind Family Limited Partnership

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter M. Daigle, Esquire, 1550 Falmouth Road, Suite 6, Centerville, MA 02632

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

JUN 2 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 11 2004 |
| NAME OF SERVER (PRINT) Howard A. Coleman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35 ⁹⁴ | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 11 2004
             *Date*               *Signature of Server*

*Address of Server*

**HOWARD A. COLEMAN**
**P.O. BOX 715**
**BARNSTABLE, MA 02630**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.