AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

WINTHROP CHAMBERLIN AS SHAREHOLDER OF MALABAR CORPORATION,

V.

DANIEL R. ADAMS, INDIVIDUDALLY, AND WEST WIND FAMILY LIMITED PARTNERSHIP,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 11165 REK**

TO: (Name and address of Defendant)   Daniel R. Adams

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter M. Daigle, Esquire, 1550 Falmouth Road, Suite 6, Centerville, MA 02632

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

JUN 2 2004
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 11 2004 |
| NAME OF SERVER (PRINT) Howard A. Coleman | TITLE | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 35-00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 11 2004       _/s/ illegible signature_
                Date                    Signature of Server


                                         Address of Server

                              HOWARD A. COLEMAN
                              P.O. BOX 715
                              BARNSTABLE, MA 02630

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.